Approved by: _____
David Presley
Special Assistant United States Attorney

Before:   THE HONORABLE MARTIN R. GOLDBERG
          United States Magistrate Judge
          Southern District of New York

19 MAG 4035

- - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA                :   MISDEMEANOR
                                            COMPLAINT
                                        :
         -v-                                Violation of
                                        :   NYSPL 155.25

GUY BUONOCORE                           :

                                        :   COUNTY OF OFFENSE:
         Defendant                          ORANGE
                                        :

- - - - - - - - - - - - - - - - - - - -x

SOUTHERN DISTRICT OF NEW YORK, ss.:

Anthony Luciano, being duly sworn, deposes and says that he is a Police Officer, assigned to the Department of Veterans Affairs Police Service, Montrose Veterans Administration Hospital, Montrose, New York, which is located in the Southern District of New York, and charges as follows:

COUNT ONE

On or about February 6, 2019 at the Montrose VA, Montrose, New York, within the special maritime and territorial jurisdiction of the United States, in the Southern District of New York, GUY J. BUONOCORE, the defendant, unlawfully, knowingly and willfully stole property of another to wit, the defendant stole a DeWalt toolbox worth approximately $30.00.

(New York State Penal Law, Section 155.25)

The basis for the deponent's knowledge and for the foregoing charges are, in part, as follows:

1. I am a Police Officer, assigned to the Department of Veterans Affairs Police Service, Montrose Veterans Administration Hospital, Montrose, New York, which is located in the Southern District of New York.

2. On or about 3:20 p.m. on February 6, 2019, Richard Witherspoon reported that his toolbox was in the EMS Closet at 7:50a.m. but missing on 3:20 p.m. Officer Luciano was assigned the case to investigate.

3. Officer Luciano was able to access SSTV system. He reviewed the relevant footage of the time in question and observed, Guy Buonocore, the defendant.

4. On February 27, 2019, Officer Luciano interviewed the defendant. After being advised of his rights, the defendant admitted that he took the item just for the feeling of the risk that came with taking the item.

**WHEREFORE**, deponent prays that the above-named defendant be imprisoned or bailed, as the case may be.

_____
ANTHONY LUCIANO
Court Liaison

Sworn to before me this
25th day of April, 2019

_____
HONORABLE MARTIN R. GOLDBERG
United States Magistrate Judge
Southern District of New York